PCM 7.24.24
JST USAO# 2024R00266

USDC- BALTIMORE
'24 AUG 1 PM 2:06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. GLR 24 cr 236 |
| GARY HALL, | * (Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Possession of a Firearm in a School Zone, 18 U.S.C. § 922(q)(2), Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| Defendant. | |

*******

## INDICTMENT

### COUNT ONE
(Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about March 5, 2024, in the District of Maryland, the Defendant,

**GARY HALL,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit, one Glock model 17 Gen 4, 9-millimeter Luger pistol, bearing serial number BACR844, and nineteen (19) rounds of 9-millimeter Luger ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT TWO
### (Possession of a Firearm in a School Zone)

The United States Attorney for the District of Maryland charges that:

On or about March 5, 2024, in the District of Maryland, the Defendant,

### GARY HALL,

did knowingly and unlawfully possess a firearm, to wit, one Glock model 17 Gen 4, 9-millimeter Luger pistol, bearing serial number BACR844, that had moved in and affected interstate commerce, within a distance of 1,000 feet of the grounds of Pimlico Elementary School, a location that he knew or had reasonable cause to believe was a school zone.

18 U.S.C. § 922(q)(2)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Counts One and Two of this Indictment.

### Firearm and Ammunition Forfeiture

3. Upon conviction of the offense(s) alleged in Count One or Two of this Indictment, the Defendant,

**GARY HALL,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense(s), including but not limited to:

    a.    a Glock model 17 Gen 4, 9-millimeter Luger pistol, bearing serial number BACR844; and

    b.    approximately 19 rounds of 9-millimeter Luger ammunition.

### Substitute Assets

4. If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Erek L. Barron / JST
Erek L. Barron
United States Attorney

SIGNATURE REDACTED
Foreperson

8-1-2024
Date

4